| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Davida Brook, Susman Godfrey, LLP, 1900 Avenue of the Stars, 14th Floor, Los Angeles, CA 90067, (310) 789-3100 (Telephone), (310) 789-3150 (Facsimile) <br><br> Vineet Bhatia, Susman Godfrey, LLP, 1000 Louisiana Street, Suite 5100, Houston, TX 77002, (713) 651-9366 (Telephone), (713) 654-6666 (Facsimile) | |
| ATTORNEY(S) FOR: Greg Blatt | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Greg Blatt | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:19-cv-7046 |
| v. | |
| Rosette Pambakian and Sean Rad | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Greg Blatt or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Rosette Pambakian | Defendant |
| Sean Rad | Defendant |

| Date | Signature |
|---|---|
| 8/13/2019 | /s/ Davida Brook |

Attorney of record for (or name of party appearing in pro per):

Greg Blatt