**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| GREG BLATT | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | CV 19-7046 CAS |
| v. | |
| ROSETTE PAMBAKIAN AND SEAN RAD | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The undersigned's husband's law firm is counsel of record for plaintiff.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

August 16, 2019                              *Christina A. Snyder*
Date                                          United States District Judge/Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge _Dean D. Pregerson_. On all documents subsequently filed in this case, please substitute the initials _DDP_ after the case number in place of the initials of the prior judge so that the case number will read: _2:19-cv-07046 DDP(FFMx)_.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:  [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-52 (03/19)          ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03