**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| GREGG BLATT | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | CV 19-07046 DDP (FFMx) |
| v. ROSETTE PAMBAKIAN, ET AL. | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

28 USC 455(a)

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

August 22, 2019
Date

/s/ Pregerson
United States District Judge/Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge _Michael W. Fitzgerald_. On all documents subsequently filed in this case, please substitute the initials _MWF_ after the case number in place of the initials of the prior judge so that the case number will read: _2:19-cv-07046 MWF(FFMx)_.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge   ☐ Statistics Clerk

CV-52 (03/19)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03