Davida Brook
Susman Godfrey L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
310-789-3100 (Tel); 310-789-3150 (Fax)
dbrook@susmangodfrey.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Greg Blatt,

                                    Plaintiff(s)

                    v.

Rosette Pambakian and Sean Rad,

                                    Defendant(s).

CASE NUMBER

            2:19-cv-07046-MFW-FFMx

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bhatia, Vineet

*Applicant's Name (Last Name, First Name & Middle Initial)*

(713) 653-7855                    (713) 654-6666

*Telephone Number*          *Fax Number*

vbhatia@susmangodfrey.com

*E-Mail: Address*

Susman Godfrey L.L.P.
1000 Louisiana Street
Suite 5100
Houston, Texas 77002

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Greg Blatt

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Brook, Davida                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

275370                    (310) 789-3100          (310) 789-3150

*Designee's Cal. Bar No.*          *Telephone Number*          *Fax Number*

dbrook@susmangodfrey.com

*E-Mail Address*

Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** _____

                                    **U.S. District Judge/U.S. Magistrate Judge**