# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BLATT,<br><br>PLAINTIFF(S)<br><br>v.<br><br>ROSETTE PAMBAKIAN, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 19-7046 MWF (FFMx)<br><br>RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 8/23/19 and 8/27/19 | 10 and 12 | Application to Appear Pro Hac Vice (Bhatia) |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by August 30, 2019.
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: August 27, 2019    By: Rita Sanchez/sjm
                                   Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge