Name and address:

Davida Brook
Susman Godfrey L.L.P.
1900 Avenue of the Stars, 14th Floor, Los Angeles, CA 90067
310-789-3100 (Tel); 310-789-3150 (Fax)
dbrook@susmangodfrey.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Greg Blatt,<br><br>Plaintiff(s), | CASE NUMBER<br><br>2:19-cv-07046-MWF-FFMx | |
| v. | | |
| Rosette Pambakian and Sean Rad,<br><br>Defendant(s), | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* | |

**INSTRUCTIONS FOR APPLICANTS**

(1)  *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2)  *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Bhatia, Vineet
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Susman Godfrey L.L.P.
_____
*Firm/Agency Name*

| | | |
|---|---|---|
| 1000 Louisiana Street | (713) 653-7855 | (713) 654-6666 |
| Suite 5100 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Houston, Texas 77002 | vbhatia@susmangodfrey.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

Greg Blatt _____   [X] *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

_____   ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| State Bar of Texas  (SBN 00795976) | 8/15/1996 | Yes |
| USDC Northern District of Texas | 3/16/1998 | Yes |
| USDC Eastern District of Texas | 04/2006 | Yes |
| USDC Southern District of Texas | 12/13/1996 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No

_____

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  8/19/19

Vineet Bhatia

*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Brook, Davida

*Designee's Name (Last Name, First Name & Middle Initial)*

Susman Godfrey L.L.P.

*Firm/Agency Name*

| 1900 Avenue of the Stars | (310) 789-3100 | (310) 789-3150 |
|---|---|---|
| 14th Floor | *Telephone Number* | *Fax Number* |
| *Street Address* | dbrook@susmangodfrey.com | |
| Los Angeles, CA | *E-mail Address* | |
| *City, State, Zip Code* | 275370 | |
| | *Designee's California State Bar Number* | |

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.**

Dated     8 -23 -19

Davida Brook

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

USDC Southern District of New York; Admitted 8/1/1991; In Good Standing

USDC Eastern District of New York; Admitted 6/28/1991; In Good Standing

USDC for the District of Columbia; Admitted 6/7/2010; In Good Standing

US Court of Appeals, 9th Circuit; Admitted 4/10/1992; In Good Standing

US Court of Appeals, 5th Circuit; Admitted 4/17/2002; In Good Standing

US Court of Appeals, District of Columbia; Admitted 8/24/1993; In Good Standing

New York State Bar (SBN 2419273); Admitted 6/26/1991; In Good Standing

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 16, 2019

Re: Mr. Vineet Bhatia, State Bar Number 00795976

To Whom It May Concern:

This is to certify that Mr. Vineet Bhatia was licensed to practice law in Texas on August 15, 1996, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino,    Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that          Vineet Bhatia          was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the  26 th   day of          June 1991, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on  August 20, 2019.

Clerk of the Court