1  DAVIDA BROOK (275370)
   dbrook@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, 14th Floor
3  Los Angeles, CA 90067
   Telephone: (310) 789-3100
4  Facsimile: (310) 789-3150

5  VINEET BHATIA (*Pro Hac Vice Pending*)
   vbhatia@susmangodfrey.com
6  SUSMAN GODFREY L.L.P.
   1000 Louisiana, Suite 5100
7  Houston, TX 77002
   Telephone: (713) 651-9366
8  Facsimile: (713) 654-6666

9  Attorneys for Plaintiff Greg Blatt

10
11
12                    **UNITED STATES DISTRICT COURT**
13                    **CENTRAL DISTRICT OF CALIFORNIA**
14
15

| | |
|---|---|
| GREG BLATT, | Case No. 2:19-cv-07046-MWF-FFMx |
| Plaintiff, | **NOTICE OF RELATED CASE** |
| v. | |
| ROSETTE PAMBAKIAN and SEAN RAD; | |
| Defendants. | |

21
22
23
24
25
26
27
28

6811620v1/016409

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, in accordance with Rule 83-1.3 of the Local Rules of this Court, the following action appears to be related to the above-entitled action: *Pambakian v. Blatt, et al.*, Case No.2:19-07053 SVW (MRWx) (U.S. District Court, Central District of California).

Local Rule 83-1.3 provides that notice of a related case shall be filed and served on all parties who have appeared stating whether any action pending in the Central District of California and the action being filed appear: (a) to arise from the same or substantially identical transactions; happenings or events; or (b) to call for determination of the same or substantially identical questions of law and fact; or (c) likely for other reasons to entail substantial duplication of labor if heard by different judges.

The foregoing action involves substantially similar factual allegations and parties as the allegations in this case, as well as the same agreement to arbitrate claims, and accordingly this case is related within the meaning of Local Rule 83-1.3.

PLEASE TAKE FURTHER NOTICE that this Notice of Related Case is also being served on counsel for the parties in the case listed.

Dated:  August 28, 2019

VINEET BHATIA
DAVIDA BROOK
SUSMAN GODFREY L.L.P.

By: /s/ *Davida Brook*
Davida Brook
*Attorneys for Plaintiff Greg Blatt*

1

6811620v1/016409

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067-6029.

On August 28, 2019, I served the foregoing document(s) described as follows:

## NOTICE OF RELATED CASE

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

M. Elizabeth Graham
Paige Alderson
Grant & Eisenhofer, P.A.
101 California Street, Suite 2710
San Francisco, California 94111
Phone: (415)365-9585
Fax: (415)365-9650
Email: egraham@gelaw.com
palderson@gelaw.com

\_\_\_\_   BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_   BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_\_   BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_\_   BY FAX
I served by facsimile as indicated on the attached service list.

  XX    BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on August 28, 2019, at Los Angeles, California.
  XX         (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.


  Helen Danielson                          /s/ Helen Danielson
(Type or Print Name)                       (Signature)

2

6811620v1/016409