# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Greg Blatt,<br><br>Plaintiff(s)<br>v.<br><br>Rosette Pambakian and Sean Rad,<br><br>Defendant(s). | **CASE NUMBER**<br>2:19-cv-07046-MWF-FFMx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bhatia, Vineet    of    Susman Godfrey L.L.P.
*Applicant's Name (Last Name, First Name & Middle Initial*        1000 Louisiana Street
(713) 653-7855        (713) 654-6666        Suite 5100
*Telephone Number*        *Fax Number*        Houston, Texas 77002
vbhatia@susmangodfrey.com
*E-Mail: Address*            *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Greg Blatt
*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Brook, Davida    of    Susman Godfrey L.L.P.
*Designee's Name (Last Name, First Name & Middle Initial*        1900 Avenue of the Stars, Suite 1400
275370        (310) 789-3100        (310) 789-3150        Los Angeles, CA 90067
*Designee's Cal. Bar No.*    *Telephone No.*    *Fax No.*
dbrook@susmangodfrey.com
*E-Mail Address*            *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: August 28, 2019**

*[signature]*

**U.S. District Judge**