DEBORAH L. STEIN (SBN 224570)
  DStein@gibsondunn.com
MICHAEL H. DORE (SBN 227442)
  MDore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7164
Facsimile: (213) 229-6164

ORIN SNYDER (*pro hac vice* application forthcoming)
  OSnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-2400
Facsimile: (212) 351-6335

GRETA B. WILLIAMS (SBN 267695)
  GBWilliams@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 887-3745
Facsimile: (202) 530-4230

Attorneys for Defendants Rosette Pambakian and Sean Rad

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BLATT,<br><br>Plaintiff,<br><br>v.<br><br>ROSETTE PAMBAKIAN and SEAN RAD; and DOES 1-10, inclusive;<br><br>Defendants. | Case No. 2:19-CV-07046-MWF-FFM<br><br>Hon. Michael W. Fitzgerald<br><br>**DEFENDANTS' NOTICE OF SPECIAL MOTION TO STRIKE AND SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT (PURSUANT TO CAL. CODE CIV. PROC. § 425.16)**<br><br>Hearing Date: November 4, 2019<br>Hearing Time: 10:00 a.m.<br>Courtroom: 5A |

DEFENDANTS' NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE
CASE NO. 2:19-CV-07046-MWF-FFM

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on November 4, 2019, in Courtroom 5A of the above-captioned court, located at 350 West First Street, Los Angeles, California 90012, at 10:00 a.m. or as soon thereafter as may be heard, Defendants Rosette Pambakian and Sean Rad (together, "Defendants") will, and hereby do, move this Court pursuant to California Code of Civil Procedure section 425.16 for an order (1) striking Plaintiff Greg Blatt's ("Plaintiff's") First Amended Complaint ("FAC") in its entirety, and each individual claim referenced therein; and also (2) requiring Plaintiff to pay the costs of bringing this motion—including Defendants' reasonable attorneys' fees—as provided for under section 425.16(c) of the California Code of Civil Procedure.

This Special Motion to Strike Plaintiff's FAC ("Anti-SLAPP Motion") is made on the grounds that (1) all of the claims alleged in Plaintiff's FAC arise from activity that is protected under Cal. Code Civ. Proc. §§ 425.16(e)(2) and/or (e)(3), and (2) Plaintiff cannot demonstrate a reasonable probability of prevailing on his claims.

Defendants' Anti-SLAPP Motion is based on this Notice of Motion and Motion; the attached Memorandum of Points and Authorities; the concurrently-filed Request for Judicial Notice; all papers, pleadings, and evidence currently on file in this case; and any additional papers, arguments, and/or evidence as may be filed or presented before or at the hearing on this matter.

This Motion is made following a conference of counsel pursuant to L.R. 7-3, which took place on September 30, 2019.

Dated:  October 7, 2019

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Deborah L. Stein*
      Deborah L. Stein

*Attorneys for Defendants Rosette Pambakian and Sean Rad*