DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
LORA J. KRSULICH (315399)
lkrsulich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

VINEET BHATIA *(Pro Hac Vice)*
vbhatia@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff
GREGORY BLATT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BLATT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSETTE PAMBAKIAN and SEAN RAD; and DOES 1 – 10, inclusive<br><br>　　　　Defendants. | Case No. 2:19-cv-07046-MWF-FFMx<br><br>**DECLARATION OF VINEET BHATIA**<br><br>Judge:　Hon. Michael W. Fitzgerald<br>Ctrm.:　5A<br>Date:　November 4, 2019<br>Time:　10:00 a.m. |

6905374v1/016409

## DECLARATION OF VINEET BHATIA

I, Vineet Bhatia, hereby declare as follows:

I am a member in good standing of the State Bar of Texas, a partner in the law firm of Susman Godfrey L.L.P., counsel of record for the plaintiff in the above-captioned action, and am admitted *pro hac vice* in the United States District Court for the Central District of California. I have personal knowledge of the facts set forth herein, and if called as a witness, I would testify competently hereto.

I make this declaration in support of Plaintiff's Opposition to Defendants' Special Motion to Strike Plaintiff's First Amended Complaint (Pursuant to Cal. Code Civ. Proc. § 425.16).

Attached hereto as **Exhibit A** is a true and correct copy of the First Amended Complaint, Appendix A, and all numeric exhibits. These documents are also available on the docket of the above-captioned case at ECF Nos. 18 and 18-1.

Attached hereto as **Exhibit B** is a true and correct copy of a chart containing relevant excerpts of the Complaint filed in *Rad v. IAC/Interactive Corp.*, Index No. 654038/2018 (N.Y. Supreme Ct. August 14, 2018), NYSCEF Doc. No. 2, and defendants' statements. The full Complaint in *Rad v. IAC/Interactive Corp.* is appended to defendants' motion for judicial notice, which is available on the docket of the above-captioned case at ECF No. 21, at 005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of October, 2019, at Los Angeles, California.

*/s/ Vineet Bhatia*
Vineet Bhatia

6905374v1/016409