# Exhibit B

**Bhatia Declaration, Exhibit B**
Side-By-Side Comparison of Principal Defamatory Statements to Valuation Complaint Allegations

| | |
|---|---|
| ¶14.  But Blatt was compromised: during and after Tinder's 2016 holiday party in Los Angeles, Blatt had groped and sexually harassed Plaintiff Rosette Pambakian, Tinder's Vice President of Marketing and Communications, with colleagues present. Blatt's workplace misconduct was reported to Defendants. Because a credible investigation-let alone a firing in public view- would have derailed their scheme, Defendants whitewashed Blatt's misconduct. | **August 16, 2018 CNN Article:**<br>She said she was sitting on the bed when Blatt entered the room and, without saying anything to anyone else in the room, pushed her back onto the mattress, climbed on top of her, and began kissing and fondling her.<br><br>"In that moment, I thought, 'My boss actually thinks I'm going home with him,'" she said. "I basically bolted, found two people I knew and said, 'Hey, let's go up to your room.'"<br><br>Pambakian strongly disagrees. "It wasn't consensual -- there was no opportunity, no 'hi,' 'hello,' before I even knew it, Greg Blatt was on top of me in a hotel room," she said.<br><br>Pambakian says Blatt's behavior wasn't an isolated incident. According to her, many other women were subjected to "pervasive sexual harassment and misogyny by Match executives."<br><br>Pambakian said she was never questioned by an outside firm, only Match executives, and believes Blatt was protected as part of the alleged "scheme" to deny early employees millions of dollars.<br><br>"No outside firm questioned me," she said.<br><br>**December 18, 2018 The Verge Article:**<br>She writes, "You told the world that a sham investigation (in which I was never even interviewed) determined the assault was some sort of 'consensual cuddling'-as if there could by anything consensual about a CEO groping his subordinate in front of other employees after making sexually explicit comments throughout the evening of a company holiday party."<br><br>[From the email:] "While I truly hoped that decency and professionalism would prevail and that you would let me return to work, I knew that was probably unlikely when I was placed on leave the very day the lawsuit was filed and you continued to defend the actions of the executive that I spoke out against. Rather than acknowledge the truth and condemn his actions, you chalked it up it to "bad judgment." To make matters worse, you told the world that a sham investigation (in which I was never even interviewed) determined the assault was some sort of "consensual cuddling"-as if there could by anything consensual about a CEO groping his subordinate in front of other employees after making sexually explicit comments throughout the evening of a company holiday party. No company that has faced allegations like this has gone to such lengths to protect one of its own - it's truly despicable." |

**Bhatia Declaration, Exhibit B**
Side-By-Side Comparison of Principal Defamatory Statements to Valuation Complaint Allegations

| ¶ 14 continued . . . | [From the email:] "Since being placed on leave, I've been subjected to ongoing intimidation and retaliation clearly designed to pressure me into resigning-from immediately removing my name from my office and converting it into a conference room, to trying to coerce me into turning over my private and personal data on my phone. Though I can think of no other company that has actually fired the woman who made sexual assault allegations against an executive-the company's actions here, including firing me just one day before my remaining options vest, are totally consistent with the way you have circled the wagons around him from day one." |
|---|---|

**Bhatia Declaration, Exhibit B**
Side-By-Side Comparison of Principal Defamatory Statements to Valuation Complaint Allegations

| | |
|---|---|
| ¶127.  With Defendants in control of Tinder throughout the valuation of the company, Defendants were poised to successfully execute their scheme. But unbeknownst to most people, events that took place in December 2016 threatened to derail the scheme. | **December 18, 2018 The Verge Article:** She writes, "You told the world that a sham investigation (in which I was never even interviewed) determined the assault was some sort of 'consensual cuddling'-as if there could by anything consensual about a CEO groping his subordinate in front of other employees after making sexually explicit comments throughout the evening of a company holiday party."<br><br>[From the email:] "While I truly hoped that decency and professionalism would prevail and that you would let me return to work, I knew that was probably unlikely when I was placed on leave the very day the lawsuit was filed and you continued to defend the actions of the executive that I spoke out against. Rather than acknowledge the truth and condemn his actions, you chalked it up it to "bad judgment." To make matters worse, you told the world that a sham investigation (in which I was never even interviewed) determined the assault was some sort of "consensual cuddling"-as if there could by anything consensual about a CEO groping his subordinate in front of other employees after making sexually explicit comments throughout the evening of a company holiday party. No company that has faced allegations like this has gone to such lengths to protect one of its own - it's truly despicable."<br><br>[From the email:] "Since being placed on leave, I've been subjected to ongoing intimidation and retaliation clearly designed to pressure me into resigning-from immediately removing my name from my office and converting it into a conference room, to trying to coerce me into turning over my private and personal data on my phone. Though I can think of no other company that has actually fired the woman who made sexual assault allegations against an executive-the company's actions here, including firing me just one day before my remaining options vest, are totally consistent with the way you have circled the wagons around him from day one." |

**Bhatia Declaration, Exhibit B**
Side-By-Side Comparison of Principal Defamatory Statements to Valuation Complaint Allegations

| | |
|---|---|
| ¶128. At Tinder's December 2016 holiday party in Los Angeles, Blatt, who had just taken over as Tinder's "interim" CEO, groped and sexually harassed Rosette Pambakian, Tinder's Vice President of Marketing and Communications. | **August 16, 2018 CNN Article:** She said she was sitting on the bed when Blatt entered the room and, without saying anything to anyone else in the room, pushed her back onto the mattress, climbed on top of her, and began kissing and fondling her.<br><br>"In that moment, I thought, 'My boss actually thinks I'm going home with him,'" she said. "I basically bolted, found two people I knew and said, 'Hey, let's go up to your room.'"<br><br>Pambakian strongly disagrees. "It wasn't consensual -- there was no opportunity, no 'hi,' 'hello,' before I even knew it, Greg Blatt was on top of me in a hotel room," she said.<br><br>Pambakian says Blatt's behavior wasn't an isolated incident. According to her, many other women were subjected to "pervasive sexual harassment and misogyny by Match executives."<br><br>**December 18, 2018 The Verge Article:** She writes, "You told the world that a sham investigation (in which I was never even interviewed) determined the assault was some sort of 'consensual cuddling'-as if there could by anything consensual about a CEO groping his subordinate in front of other employees after making sexually explicit comments throughout the evening of a company holiday party."<br><br>**December 18, 2018 CNN Article:** In a follow-up email to Ginsberg, obtained by CNN Business, Pambakian said she did report the alleged "sexual assault" to HR. |

**Bhatia Declaration, Exhibit B**
Side-By-Side Comparison of Principal Defamatory Statements to Valuation Complaint Allegations

| | |
|---|---|
| ¶129. In mid-2017, Rad learned about these events. Rad asked Pambakian about them, and she confirmed that Blatt had groped and sexually harassed her with colleagues present. | **August 16, 2018 CNN Article:**<br>She said she was sitting on the bed when Blatt entered the room and, without saying anything to anyone else in the room, pushed her back onto the mattress, climbed on top of her, and began kissing and fondling her.<br><br>"In that moment, I thought, 'My boss actually thinks I'm going home with him,'" she said. "I basically bolted, found two people I knew and said, 'Hey, let's go up to your room.'"<br><br>Pambakian strongly disagrees. "It wasn't consensual -- there was no opportunity, no 'hi,' 'hello,' before I even knew it, Greg Blatt was on top of me in a hotel room," she said.<br><br>Pambakian says Blatt's behavior wasn't an isolated incident. According to her, many other women were subjected to "pervasive sexual harassment and misogyny by Match executives."<br><br>**December 18, 2018 The Verge Article:**<br>She writes, "You told the world that a sham investigation (in which I was never even interviewed) determined the assault was some sort of 'consensual cuddling'-as if there could by anything consensual about a CEO groping his subordinate in front of other employees after making sexually explicit comments throughout the evening of a company holiday party."<br><br>**December 18, 2018 CNN Article:**<br>In a follow-up email to Ginsberg, obtained by CNN Business, Pambakian said she did report the alleged "sexual assault" to HR. |

**Bhatia Declaration, Exhibit B**
Side-By-Side Comparison of Principal Defamatory Statements to Valuation Complaint Allegations

| ¶130. Rad immediately reported Blatt's conduct to Match's General Counsel, Jared Sine, and demanded that Tinder commission an independent investigation. | **August 14, 2018 CNN Interview:**<br>"I actually reported that misconduct to the company and the board -- and the board had a choice. They could either do the right thing and properly investigate and take the right action, or they can keep that executive in a place where he can finish the job of corrupting the valuation."<br><br>"I was threatened. I believe it was, 'If you take me down, I'm going to take you down with me.'" |

**Bhatia Declaration, Exhibit B**
Side-By-Side Comparison of Principal Defamatory Statements to Valuation Complaint Allegations

| | |
|---|---|
| ¶132. Believing that credible allegations of workplace misconduct against its CEO threatened Tinder and should be independently investigated, Rad pressed for a meeting of Tinder's Board of Directors. Defendants refused and covered up Blatt's conduct instead. Defendants even allowed Blatt to contact Pambakian and one of the eyewitnesses directly, whom Blatt then pressured to conceal his misconduct. On information and belief, Blatt also misled IAC and Match Board members about the allegations made against him. On information and belief, based on statements made by a former IAC communications executive, Match had previously concealed other sexual misconduct allegations through confidential payoffs and settlements. | **August 14, 2018 CNN Interview:**<br>"I actually reported that misconduct to the company and the board -- and the board had a choice. They could either do the right thing and properly investigate and take the right action, or they can keep that executive in a place where he can finish the job of corrupting the valuation."<br><br>"I was threatened. I believe it was, 'If you take me down, I'm going to take you down with me.'" |

**Bhatia Declaration, Exhibit B**
Side-By-Side Comparison of Principal Defamatory Statements to Valuation Complaint Allegations

| | |
|---|---|
| ¶145. He had also been credibly accused of groping and sexually harassing a subordinate. Yet Blatt received a lucrative golden parachute from Defendants featuring a glowing farewell message from IAC's controlling shareholder Barry Diller, in which Diller praised Blatt's "integrity." On information and belief, Defendants allowed Blatt to walk away with hundreds of millions of dollars, without any disclosure to the investing public or the IAC Board of the allegations of sexual misconduct, the ensuing cover-up, or the scheme to take billions of dollars from the Tinder Plaintiffs and other Tinder option holders. | **August 16, 2018 CNN Article:**<br>She said she was sitting on the bed when Blatt entered the room and, without saying anything to anyone else in the room, pushed her back onto the mattress, climbed on top of her, and began kissing and fondling her.<br><br>"In that moment, I thought, 'My boss actually thinks I'm going home with him,'" she said. "I basically bolted, found two people I knew and said, 'Hey, let's go up to your room.'"<br><br>Pambakian strongly disagrees. "It wasn't consensual -- there was no opportunity, no 'hi,' 'hello,' before I even knew it, Greg Blatt was on top of me in a hotel room," she said.<br><br>Pambakian says Blatt's behavior wasn't an isolated incident. According to her, many other women were subjected to "pervasive sexual harassment and misogyny by Match executives."<br><br>Pambakian said she was never questioned by an outside firm, only Match executives, and believes Blatt was protected as part of the alleged "scheme" to deny early employees millions of dollars.<br><br>"No outside firm questioned me," she said.<br><br>**December 18, 2018 The Verge Article:**<br>She writes, "You told the world that a sham investigation (in which I was never even interviewed) determined the assault was some sort of 'consensual cuddling'-as if there could by anything consensual about a CEO groping his subordinate in front of other employees after making sexually explicit comments throughout the evening of a company holiday party."<br><br>**December 18, 2018 CNN Article:**<br>In a follow-up email to Ginsberg, obtained by CNN Business, Pambakian said she did report the alleged "sexual assault" to HR. |

**Bhatia Declaration, Exhibit B**
Side-By-Side Comparison of Principal Defamatory Statements to Valuation Complaint Allegations

| | |
|---|---|
| ¶146.  In September 2017, Blatt asked Rad to meet in person. Blatt was irate that Rad had reported the allegations of Blatt's sexual misconduct. Blatt threatened Rad, angrily saying, in sum and substance, that if Rad or anyone else made public the misconduct allegations against him, Blatt would "take [Rad] down" with him. | **August 14, 2018 CNN Interview:**<br>"I actually reported that misconduct to the company and the board -- and the board had a choice. They could either do the right thing and properly investigate and take the right action, or they can keep that executive in a place where he can finish the job of corrupting the valuation."<br><br>"I was threatened. I believe it was, 'If you take me down, I'm going to take you down with me.'" |