DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
LORA J. KRSULICH (315399)
lkrsulich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

VINEET BHATIA *(Pro Hac Vice)*
vbhatia@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff
GREGORY BLATT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BLATT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROSETTE PAMBAKIAN and SEAN RAD; and DOES 1 – 10, inclusive<br><br>　　　　　Defendants. | Case No. 2:19-cv-07046-MWF-FFMx<br><br>**DECLARATION OF GREGORY BLATT**<br><br>Judge:　Hon. Michael W. Fitzgerald<br>Ctrm.:　5A<br>Date:　November 4, 2019<br>Time:　10:00 a.m. |

6905548v1/016409

# DECLARATION OF GREGORY BLATT

I, Greg Blatt, hereby declare as follows:

1. I make this declaration in support of Plaintiff's Opposition to Defendants' Special Motion to Strike Plaintiff's First Amended Complaint (Pursuant to Cal. Code Civ. Proc. § 425.16).

2. I lived in New York from September 1992 through November 2009, and then again from 2011 through December 2018. I was a New York resident in August and December 2018 when defendants published their defamatory statements.

3. I was Match's Chairman from December 2013 through December 2017, Match's CEO from November 2015 through December 2017 and Tinder's CEO from December 2016 through December 2017. During those times, I principally worked out of the IAC office in New York.

4. I continue to own multiple properties in New York.

5. Although I now primarily reside in Colorado, the majority of my personal and business contacts are based in New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of October, 2019, at Telluride, CO

_____
Gregory Blatt

1

6905548v1/016409