DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
LORA J. KRSULICH (315399)
lkrsulich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

VINEET BHATIA *(Pro Hac Vice)*
vbhatia@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff
GREGORY BLATT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BLATT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROSETTE PAMBAKIAN and SEAN RAD; and DOES 1 – 10, inclusive<br><br>　　　　　Defendants. | Case No. 2:19-cv-07046-MWF-FFMx<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:　Hon. Michael W. Fitzgerald<br>Ctrm.:　5A<br>Date:　November 4, 2019<br>Time:　10:00 a.m. |

6905200v1/016409

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiff Greg Blatt respectfully requests the Court take judicial notice of the following exhibits, true and correct copies of which are attached hereto:

| Exhibit | Description |
|---|---|
| X | A true and correct copy of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and Dismiss or Stay Litigation, *Pambakian v. Blatt*, No. 2:19-cv-7053 (C.D. Cal. Sept. 25, 2019), ECF No. 45 |
| Y | A true and correct copy of the New York Supreme Court's Decision and Order, *Rad v. IAC/Interactive Corp.*, Index No. 654038/2018 (N.Y. Supreme Ct. June 13, 2019). |
| Z | A true and correct copy of a video of Sean Rad's August 14, 2018 CNN interview. The video is titled, *Tinder co-founders and early employees sue dating app's owners for billions*, and is available at https://money.cnn.com/video/news/2018/08/14/tinder-lawsuit-orig.cnnmoney/index.html. |

**Court Filings.** Exhibits X and Y are court filings that are the proper subject of judicial notice. "Courts regularly take judicial notice of proceedings in other courts and facts that 'can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.'" *Perez v. Kroger Co.*, 336 F. Supp. 3d 1137, 1141 (C.D. Cal. 2018) (citing Fed. R. Evid. 201(b)(2)); *see also Montantes v. Inventure Foods*, No. 14-cv-1128-MWF, 2014 WL 3305578, at *2 (C.D. Cal. July 2, 2014) (stating that courts "take judicial notice of proceedings in other courts . . . if those proceedings have a direct relation to matters at issue"). Moreover, "because court filings are 'capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned,' pleadings filed and orders issued in related litigation are proper subjects of judicial notice under Rule 201." *McVey v.*

1

*McVey*, 26 F. Supp. 3d 980, 984 (C.D. Cal. 2014) (collecting cases); *see also Rodriguez v. Disner*, 688 F.3d 645, 660 n.11 (9th Cir. 2012) (taking judicial notice of briefs filed in related case).

**Public Video Referenced In Complaint.** Exhibit Z is the publicly available video of one of the interviews at issue in the Complaint and is also the proper subject of judicial notice. Courts have readily taken judicial notice of publicly available videos when the videos are referenced in the Complaint and are the subject of the claims in the complaint. *See City of Inglewood v. Teixeira*, CV-15-1815-MWF, 2015 WL 5025839, at *2 (C.D. Cal. Aug. 20, 2015) (granting request for judicial notice of six YouTube videos). The video in question is available online at https://money.cnn.com/video/news/2018/08/14/tinder-lawsuit-orig.cnnmoney/index.html. Together with this filing, Plaintiff will file a Notice of Manual Filing and send a copy of the video to the Court. Plaintiff will also serve a courtesy copy of the video on all parties.

Accordingly, pursuant to Federal Rule of Evidence 201(b), Plaintiff respectfully requests that, in ruling on Plaintiff's Opposition to Defendants' Special Motion to Strike, the Court take judicial notice of these exhibits.

Dated:  October 15, 2019

DAVIDA BROOK
VINEET BHATIA
LORA J. KRSULICH
SUSMAN GODFREY L.L.P.

By:  /s/ *Vineet Bhatia*
Vineet Bhatia

ATTORNEYS FOR PLAINTIFF
GREGORY BLATT

6905200v1/016409