VINEET BHATIA (*Pro Hac Vice*)
vbhatia@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Ste. 5100, Houston, TX 77002
Tel: (713) 651-9366; Fax: (713) 654-6666
Attorneys for Plaintiff GREGORY BLATT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GREGORY BLATT,<br><br>PLAINTIFF(S)<br>v.<br>ROSETTE PAMBAKIAN, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19-cv-07046-MWF-FFMx<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Plaintiff's Request for Judicial Notice, Exhibit Z (CNN Interview Video)

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 15, 2019
Date

/s/ Vineet Bhatia
Attorney Name

Plaintiff
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)      **NOTICE OF MANUAL FILING OR LODGING**