DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
LORA J. KRSULICH (315399)
lkrsulich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

VINEET BHATIA *(Pro Hac Vice)*
vbhatia@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff
GREGORY BLATT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BLATT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROSETTE PAMBAKIAN and SEAN RAD; and DOES 1 – 10, inclusive<br><br>　　　　　Defendants. | Case No. 2:19-cv-07046-MWF-FFMx<br><br>**DECLARATION OF VINEET BHATIA**<br><br>Judge:　Hon. Michael W. Fitzgerald<br>Ctrm.:　5A<br>Date:　November 4, 2019<br>Time:　10:00 a.m. |

6915119v1/016409

I, Vineet Bhatia, hereby declare as follows:

I am a member in good standing of the State Bar of Texas, a partner in the law firm of Susman Godfrey L.L.P., counsel of record for the plaintiff in the above-captioned action, and am admitted *pro hac vice* in the United States District Court for the Central District of California. I have personal knowledge of the facts set forth herein, and if called as a witness, I would testify competently hereto.

1. I make this declaration in support of Plaintiff's Reply In Support Of Motion to Compel Arbitration and Stay Litigation.

2. Rosette Pambakian filed a lawsuit against Gregory Blatt, Match Group, Inc., and IAC/InterActiveCorp (collectively, the "Match Defendants") in Los Angeles Superior Court on August 5, 2019 (the "Pambakian Lawsuit"). On August 13, 2019, the Match Defendants removed that action to this Court.

3. On August 13, 2019, Blatt filed a lawsuit against Pambakian and Sean Rad in this Court alleging defamation, defamation per se, and civil conspiracy (the "Defamation Lawsuit"). On the same day, Blatt filed a Demand for Arbitration against Pambakian for the same claims.

4. On August 22, 2019, counsel for the Match Defendants conferred with Elizabeth Graham of Grant & Eisenhofer, counsel for Pambakian in the Pambakian Lawsuit. On that day, I told Ms. Graham that Blatt intended to move to compel arbitration against Pambakian in the Defamation Lawsuit. Ms. Graham told me that she did not represent Pambakian in the Defamation Lawsuit and therefore was not in a position to meet and confer with me about the motion to compel.

5. On August 28, 2019, the Match Defendants moved to compel arbitration in the Pambakian Lawsuit. At Pambakian's request, the AAA entered a 60-day stay to allow this Court to resolve that motion.

1

6915119v1/016409

6. On September 22, 2019, I emailed Ms. Graham to inform her that Blatt intended to file his motion to compel in the Defamation Lawsuit the following week. Ms. Graham responded to my email on September 23, 2019 and again stated that she was unable to meet and confer regarding the motion to compel. When I asked Ms. Graham if she knew who was representing Ms. Pambakian in the Defamation Lawsuit, Ms. Graham told me that she would need to confer with her client. I emailed Ms. Graham again on September 24, 2019, and she again stated that she was unable to meet and confer regarding the pending motion. Attached hereto at **Exhibit A** is a true and correct copy of an email thread between Ms. Graham and me, dated September 22, 23, and 24, 2019.

7. On September 26, 2019, I received an email from Michael Dore of Gibson Dunn & Crutcher informing me that he and his law firm represented Defendants in the Defamation Lawsuit. Attached hereto at **Exhibit B** is a true and correct copy of an email thread between Mr. Dore and me, dated September 26, 2019.

8. On September 30, 2019, counsel for Blatt and counsel for Defendants met and conferred to discuss the pending motion to compel arbitration. At this time, Defendants' counsel informed me that Defendants intended to file a motion to strike the complaint under California's anti-SLAPP law. I told Defendants' counsel that Blatt intended to file an amended complaint to reflect additional facts and documents that had since been unsealed in the New York litigation, which may affect the anti-SLAPP motion. I told Mr. Dore that I would get the amended complaint on file promptly, so he could review it in connection with the anti-SLAPP motion.

9. On October 3, 2019, Blatt filed the First Amended Complaint.

6915119v1/016409

10. On October 7, 2019, Blatt filed an Amended Demand for Arbitration. On the same day, Blatt filed the pending motion to compel arbitration, and Defendants filed their motion to strike in the Defamation Lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of October, 2019, at Houston, Texas.

*/s/ Vineet Bhatia*
Vineet Bhatia

3

6915119v1/016409