# Exhibit B

**From:** Vineet Bhatia
**Sent:** Thursday, September 26, 2019 7:23 PM
**To:** Dore, Michael H.
**Cc:** Stein, Deborah L.; Davida Brook
**Subject:** RE: Blatt v. Pambakian and Rad

Works for me.

Vineet Bhatia
713 653 7855 (office)
713 594 5131 (mobile)
Web Bio & vCard

---

From: Dore, Michael H. <MDore@gibsondunn.com>
Sent: Thursday, September 26, 2019 9:21 PM
To: Vineet Bhatia <VBHATIA@SusmanGodfrey.com>
Cc: Stein, Deborah L. <DStein@gibsondunn.com>; Davida Brook <DBrook@susmangodfrey.com>
Subject: Re: Blatt v. Pambakian and Rad

How about 10am pt Monday?

On Sep 26, 2019, at 6:42 PM, Vineet Bhatia <VBHATIA@susmangodfrey.com> wrote:

> [External Email]
> Michael,
>
> Thanks for getting back to me. Tomorrow is a tough day for me. Could we talk on Monday?
>
> I'd like to discuss whether you will accept service of the complaint on behalf of your clients and meet and confer on a motion to compel arbitration that we plan to file.
>
> I'm wide open on Monday, but if you aren't in the office that day, we could talk on Tuesday.
>
> Let me know what works for you.
>
> Vineet Bhatia
> 713 653 7855 (office)
> 713 594 5131 (mobile)
> Web Bio & vCard

1

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Thursday, September 26, 2019 5:17 PM
**To:** Vineet Bhatia <VBHATIA@SusmanGodfrey.com>
**Cc:** Stein, Deborah L. <DStein@gibsondunn.com>
**Subject:** Blatt v. Pambakian and Rad

Hi Vineet,

We just wanted to let you know that Gibson Dunn will be representing Rosette Pambakian and Sean Rad in the *Blatt v. Pambakian and Rad* matter (C.D. Cal. Case No. 2:19-CV-07046-MWF-FFM). We understand that you would like to set up a meet and confer discussion. Please let us know your availability tomorrow. Thanks.

Mike


**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Fax +1 213.229.6652
MDore@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.