DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
LORA J. KRSULICH (315399)
lkrsulich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

VINEET BHATIA *(Pro Hac Vice)*
vbhatia@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff
GREGORY BLATT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BLATT,<br><br>    Plaintiff,<br><br>v.<br><br>ROSETTE PAMBAKIAN and SEAN RAD; and DOES 1 – 10, inclusive<br><br>    Defendants. | Case No. 2:19-cv-07046-MWF-FFMx<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Ctrm.: 5A<br>Date: November 4, 2019<br>Time: 10:00 a.m. |

6915120v1/016409

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiff Greg Blatt respectfully requests the Court take judicial notice of three exhibits, true and correct copies of which are attached hereto:

| Exhibit | Description |
| --- | --- |
| 1 | A true and correct copy of the **Complaint**, filed in *Pambakian v. Blatt*, No. 19STCV27416 (L.A. Superior Ct. Aug. 5, 2019). This case was ultimately removed to federal court. *See Pambakian v. Blatt*, No. 2:19-cv-07053-MWF-FFM. In paragraph 64 of the Complaint, Pambakian states that she was "forced to surrender millions of dollars in equity granted to her as compensation for her work as an executive at Tinder." |
| 2 | A true and correct copy of **Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and Dismiss or Stay Litigation**, *Pambakian v. Blatt*, No. 2:19-cv-7053 (C.D. Cal. Sept. 25, 2019), ECF No. 45. On pages 7 and 8 of the Opposition, Pambakian explains that she withdrew from the New York Lawsuit "[u]pon advice of counsel" after she was presented with "a purportedly enforceable employment arbitration agreement." |
| 3 | A true and correct copy of **Rosette Pambakian's LinkedIn profile**, available at linkedin.com/in/rosettepambakian. |

**Court filings.** The court filings in Exhibits 1 and 2 are the proper subject of judicial notice. "Courts regularly take judicial notice of proceedings in other courts and facts that 'can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.'" *Perez v. Kroger Co.*, 336 F. Supp. 3d 1137, 1141 (C.D. Cal. 2018) (citing Fed. R. Evid. 201(b)(2)); *see also Montantes v. Inventure Foods*, No. 14-cv-1128-MWF, 2014 WL 3305578, at *2 (C.D. Cal. July 2, 2014) (stating that courts "take judicial notice of proceedings in other courts . . . if those

1

6915120v1/016409

proceedings have a direct relation to matters at issue"). Moreover, "because court filings are 'capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned,' pleadings filed and orders issued in related litigation are proper subjects of judicial notice under Rule 201." *McVey v. McVey*, 26 F. Supp. 3d 980, 984 (C.D. Cal. 2014) (collecting cases); *see also Rodriguez v. Disner*, 688 F.3d 645, 660 n.11 (9th Cir. 2012) (taking judicial notice of briefs filed in related case).

**LinkedIn Profile**. Courts have also taken judicial notice of LinkedIn profiles because "the text included on th[e] page can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *See Burnett v. McLane Foodservice, Inc.*, Case No. ED CV 18-1908 JAK (SHKx), 2019 WL 446225, at *4 (C.D. Cal. Feb. 25, 2019) (taking judicial notice of the existence of a LinkedIn webpage and the text included on the page); *Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1205 (N.D. Cal. 2014) (granting defendant's request to take judicial notice of LinkedIn profiles of the named plaintiffs).

Accordingly, pursuant to Federal Rule of Evidence 201(b), Plaintiff respectfully requests that, in ruling on Plaintiff's Motion to Compel Arbitration and Stay Litigation, the Court take judicial notice of Exhibits 1–3.

Dated: October 21, 2019

DAVIDA BROOK
VINEET BHATIA
LORA J. KRSULICH
SUSMAN GODFREY L.L.P.

By: /s/ *Vineet Bhatia*
Vineet Bhatia

ATTORNEYS FOR PLAINTIFF
GREGORY BLATT

6915120v1/016409