# Exhibit 3

# Rosette Pambakian

Vice President, Head of Marketing and Communications
Greater Los Angeles Area

## Contact

www.linkedin.com/in/
rosettepambakian (LinkedIn)

## Top Skills

Public Relations
Corporate Communications
Media Relations

## Summary

Rosette Pambakian is one of the most influential marketing and public relations professionals of the digital age. She has been named to PR Week's 2018 40 Under 40, Refinery 29's Top Women in Tech and Cosmopolitan Magazine's 2018 Millennial Power List. Rosette's lean-in approach to risk-taking has been featured in Forbes—including her philosophy that risks help us evolve into more developed and complete professionals. Most recently, Rosette has served as the VP of Marketing and Communications at Tinder, leading Tinder's brand from its infancy through its rise as a global technology powerhouse, top-grossing app, and one of the most-downloaded apps of all time that has shaped a generation and forever changed the way people meet and date.

Rosette is currently lending her marketing and communications expertise to early stage startups, serving as advisor to some of today's most exciting and innovative new brands.

---

## Experience

**Tinder, Inc.**
Vice President, Head of Marketing and Communications
March 2014 - December 2018 (4 years 10 months)
West Hollywood, California

**EFG :: Entertainment Fusion Group**
Director of Public Relations
April 2012 - March 2014 (2 years)
West Hollywood

**Weber Shandwick**
Public Relations Consultant
October 2011 - March 2012 (6 months)
Chicago, Illinois

Page 1 of 2

AGK dubroworks PR & Marketing
Senior Account Executive
March 2006 - March 2012 (6 years 1 month)
Los Angeles, California

Hearst
Television Development
June 2005 - August 2005 (3 months)
Los Angeles, California

---

## Education

California State University-Northridge
B.A., Public Relations / Journalism · (2001 - 2005)

Louisville High School
 · (1997 - 2001)