DEBORAH L. STEIN (SBN 224570)
  DStein@gibsondunn.com
MICHAEL H. DORE (SBN 227442)
  MDore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

ORIN SNYDER (admitted *pro hac vice*)
  OSnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-2400
Facsimile: (212) 351-6335

GRETA B. WILLIAMS (SBN 267695)
  GBWilliams@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 887-3745
Facsimile: (202) 530-4230

Attorneys for Defendants Rosette Pambakian
and Sean Rad

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BLATT,<br><br>          Plaintiff,<br><br>     v.<br><br>ROSETTE PAMBAKIAN and SEAN RAD; and DOES 1-10, inclusive,<br><br>          Defendant. | CASE NO. 2:19-CV-07046-MWF-FFM<br><br>Hon. Michael W. Fitzgerald<br><br>**DEFENDANTS ROSETTE PAMBAKIAN AND SEAN RAD'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, AND REPRESENTATION STATEMENT** |

Gibson, Dunn & Crutcher LLP

DEFENDANTS ROSETTE PAMBAKIAN AND SEAN RAD'S NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE NINTH CIRCUIT, AND REPRESENTATION STATEMENT
CASE NO. 2:19-CV-07046-MWF-FFM

# NOTICE OF APPEAL

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendants Rosette Pambakian and Sean Rad (jointly, "Defendants") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying as Moot Defendant Pambakian's Special Motion to Strike Plaintiff's First Amended Complaint ("Anti-SLAPP Motion") and Denying in Part Defendant Rad's Anti-SLAPP Motion (Dkt. 39), which was filed in this Court on January 9, 2020, and entered by this Court on January 10, 2020.

Defendants' Representation Statement is attached to this Notice, as required by Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2.

DATED: January 22, 2020                     Respectfully Submitted,

                                            GIBSON, DUNN & CRUTCHER LLP


                                            By: */s/ Deborah L. Stein*
                                                    Deborah L. Stein

                                            Attorneys for Defendants Rosette Pambakian and Sean Rad

Gibson, Dunn & Crutcher LLP

1

DEFENDANTS ROSETTE PAMBAKIAN AND SEAN RAD'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, AND REPRESENTATION STATEMENT
CASE NO. 2:19-CV-07046-MWF-FFM

# REPRESENTATION STATEMENT

The undersigned represent Defendants Rosette Pambakian and Sean Rad (collectively "Defendants"), and no other party in the above-captioned action. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rules 3-2(b) and 12-2, Defendants hereby submit this Representation Statement. The following list identifies all parties to the action and also identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendants Rosette Pambakian and Sean Rad | **GIBSON, DUNN & CRUTCHER LLP**<br>DEBORAH L. STEIN (SBN 224570)<br>  DStein@gibsondunn.com<br>MICHAEL H. DORE (SBN 227442)<br>  MDore@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br><br>ORIN SNYDER (admitted *pro hac vice*)<br>  OSnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-2400<br>Facsimile: (212) 351-6335<br><br>GRETA B. WILLIAMS (SBN 267695)<br>  GBWilliams@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: (202) 887-3745<br>Facsimile: (202) 530-4230 |
| Plaintiff Greg Blatt | **SUSMAN GODFREY LLP**<br>DAVIDA P. BROOK<br>  DBrook@susmangodfrey.com<br>LORA JASMINA KRSULICH<br>  LKrsulich@susmangodfrey.com<br>1900 Avenue of the Stars, 14th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 |

2

DEFENDANTS ROSETTE PAMBAKIAN AND SEAN RAD'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, AND REPRESENTATION STATEMENT
CASE NO. 2:19-CV-07046-MWF-FFM

Gibson, Dunn & Crutcher LLP

|   |   |
|---|---|
|   | VINEET BAHTIA<br>  VBhatia@susmangodfrey.com<br>1000 Louisiana Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 653-7855<br>Facsimile: (713) 654-6666 |

DATED: January 22, 2020       Respectfully Submitted,

GIBSON, DUNN & CRUTCHER LLP


By:  */s/ Deborah L. Stein*
         Deborah L. Stein

Attorneys for Defendants Rosette Pambakian and Sean Rad

Gibson, Dunn & Crutcher LLP

3

DEFENDANTS ROSETTE PAMBAKIAN AND SEAN RAD'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, AND REPRESENTATION STATEMENT
CASE NO. 2:19-CV-07046-MWF-FFM