1  DAVIDA BROOK (275370)
   dbrook@susmangodfrey.com
2  SUSMAN GODFREY LLP
   1900 Avenue of the Stars, 14th Floor
3  Los Angeles, CA 90067
   Telephone: (310) 789-3100
4  Facsimile: (310) 789-3150

5  VINEET BHATIA (*Pro Hac Vice*)
   vbhatia@susmangodfrey.com
6  SUSMAN GODFREY LLP
   1000 Louisiana Suite 5100
7  Houston, TX 77002
   Telephone: (713) 651-9366
8  Facsimile: (713) 654-6666

9  Attorneys for Plaintiff
   GREGORY BLATT

10

11

12            **UNITED STATES DISTRICT COURT**

13       **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

14

15  GREGORY BLATT,                      Case No. 2:19-cv-07046-MWF-FFM(x)

16         Plaintiff,                   Hon. Michael W. Fitzgerald

17     vs.
                                        **NOTICE OF CROSS APPEAL**
18  ROSETTE PAMBAKIAN and SEAN
    RAD; and DOES 1 – 10, inclusive,
19
           Defendants.
20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Gregory Blatt hereby cross appeals to the United States Court of Appeals for the Ninth Circuit from this Court's January 9, 2020 Order (Dkt. 39), which granted in part Defendant Sean Rad's Anti-SLAPP Motion.

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiff's Representation Statement is attached to this Notice of Cross Appeal as Attachment A.

DATED: February 5, 2020

DAVIDA BROOK
VINEET BHATIA
SUSMAN GODFREY LLP

By: */s/ Vineet Bhatia*
VINEET BHATIA

Attorneys for Plaintiff
GREGORY BLATT

1