Attachment A

DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

VINEET BHATIA (*Pro Hac Vice*)
vbhatia@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff
GREGORY BLATT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GREGORY BLATT,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROSETTE PAMBAKIAN and SEAN RAD; and DOES 1 – 10, inclusive,<br><br>          Defendants. | Case No. 2:19-cv-07046-MWF-FFM(x)<br><br>Hon. Michael W. Fitzgerald<br><br>**REPRESENTATION STATEMENT** |

Plaintiff Gregory Blatt files this Representation Statement with its Notice of Cross Appeal pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b).

The following identities all parties to the appeal, and identifies their respective counsel by name, firm, address, and telephone number.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff Greg Blatt | **SUSMAN GODFREY LLP**<br>DAVIDA P. BROOK<br>dbrook@susmangodfrey.com<br>Avenue of the Stars, 14th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>VINEET BHATIA<br>vbhatia@susmangodfrey.com<br>1000 Louisiana Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 653-7855<br>Facsimile: (713) 654-6666 |

| Defendants Rosette Pambakian and Sean Rad | **GIBSON, DUNN & CRUTCHER LLP**<br>DEBORAH L. STEIN (SBN 224570)<br>DStein@gibsondunn.com MICHAEL<br>H. DORE (SBN 227442)<br>MDore@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br><br>ORIN SNYDER (admitted *pro hac vice*)<br>OSnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-2400<br>Facsimile: (212) 351-6335<br><br>GRETA B. WILLIAMS (SBN 267695)<br>GBWilliams@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: (202) 887-3745<br>Facsimile: (202) 530-4230 |

DATED:  February 5, 2020        DAVIDA BROOK
                                VINEET BHATIA
                                SUSMAN GODFREY LLP


                                By:  */s/ Vineet Bhatia*
                                     VINEET BHATIA

                                Attorneys for Plaintiff
                                GREGORY BLATT

2