# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Deborah L. Stein |
| 2a. Contact Phone Number | (213) 229-7164 |
| 3a. Contact E-mail Address | DStein@gibsondunn.com |
| 1b. Attorney Name (if different) | |
| 2b. Attorney Phone Number | |
| 3b. Attorney E-mail Address | |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue, Suite 4600
Los Angeles, CA 90071-3197

| Field | Value |
|---|---|
| 5. Name & Role of Party Represented | Defendants Rosette Pambakian and Sean Rad |
| 6. Case Name | Blatt v. Pambakian, et al. |
| 7a. District Court Case Number | 2:19-CV-07046-MWF-FFM |
| 7b. Appeals Court Case Number | 20-55076 |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Amy Diaz

**9. THIS TRANSCRIPT ORDER IS FOR:**   ☒ Appeal   ☐ Non-Appeal   ☐ Criminal   ☒ Civil   ☐ CJA   ☐ USA   ☐ FPD   ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

b. SELECT FORMAT(S) (CM/ECF access included with purchase of transcript.)

c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of efiled transcript, or check to certify none yet on file.)

d. DELIVERY TYPE (One per line, but check with court reporter before choosing any type but "ordinary.")

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/04/2019 | Fitzgerald | Motion Hearing | ● | ○ | ○ | ○ | ○ | ○ | 02/11/2020 | 14-Day |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

Although Defendants understand that the transcript of the November 4, 2019 hearing is now available through the Court's electronic docket (Dkt No. 37), Defendants are filing this form out of an abundance of caution in connection with their Notice of Appeal to the Ninth Circuit Court of Appeals (Dkt No. 41) taken from this Court's January 9, 2020 Order (Dkt. No. 39) to ensure compliance with Ninth Circuit rules.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: February 21, 2020   Signature: s/ Deborah L. Stein

G-120 (06/18)