DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
ELIZA FINLEY (301318)
efinley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

VINEET BHATIA (*Pro Hac Vice*)
vbhatia@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff
Gregory Blatt

DEBORAH L. STEIN (SBN 224570)
DStein@gibsondunn.com
MICHAEL H. DORE (SBN 227442)
MDore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

ORIN SNYDER (admitted *pro hac vice*)
OSnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-2400
Facsimile: (212) 351-6335

GRETA B. WILLIAMS (SBN 267695)
GBWilliams@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 887-3745
Facsimile: (202) 530-4230

Attorneys for Defendants Rosette
Pambakian and Sean Rad

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BLATT,<br><br>               Plaintiff,<br><br>    v.<br><br>ROSETTE PAMBAKIAN and SEAN RAD; and DOES 1 – 10, inclusive<br><br>              Defendants. | Case No. 2:19-cv-07046-MWF-FFMx<br><br>**JOINT STATUS REPORT**<br><br>**NEXT REPORT DUE SEPT. 7, 2020** |

6780796v1/016409

In accordance with the Court's Order on January 9, 2020, Plaintiff Gregory Blatt and Defendants Rosette Pambakian and Sean Rad submit this Joint Status Report.

On January 9, 2020, the Court ruled on Plaintiff's Motion to Compel Arbitration and Stay Litigation (the "Arbitration Motion") and Defendants' Special Motion to Strike Plaintiff's First Amended Complaint (the "Anti-SLAPP Motion"). The Court granted the Arbitration Motion, denied the Anti-SLAPP Motion as moot as to Defendant Rosette Pambakian, and granted-in-part and denied-in-part the Anti-SLAPP Motion as to Defendant Sean Rad. Subsequently, Defendants filed a notice of appeal and Plaintiff filed a notice of cross-appeal from the Court's January 9, 2020 Order.

The parties have agreed to stay arbitration pending the parties' appeals to the Ninth Circuit.

Dated:  June 12, 2020

DAVIDA BROOK
VINEET BHATIA
ELIZA FINLEY
SUSMAN GODFREY L.L.P.

By:  /s/ *Vineet Bhatia*
Vineet Bhatia

ATTORNEYS FOR PLAINTIFF
GREGORY BLATT

Dated:  June 12, 2020

DEBORAH L. STEIN
MICHAEL H. DORE
ORIN SNYDER (pro hac vice)
GRETA B. WILLIAMS
GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Deborah L. Stein*
Deborah L. Stein

ATTORNEYS FOR DEFENDANTS
ROSETTE PAMBAKIAN AND SEAN
RAD

1

6780796v1/016409