| | |
|---|---|
| DAVIDA BROOK (275370)<br>dbrook@susmangodfrey.com<br>ELIZA FINLEY (301318)<br>efinley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 | DEBORAH L. STEIN (SBN 224570)<br>DStein@gibsondunn.com<br>MICHAEL H. DORE (SBN 227442)<br>MDore@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520 |
| VINEET BHATIA *(Pro Hac Vice)*<br>vbhatia@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666 | ORIN SNYDER (admitted *pro hac vice*)<br>OSnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-2400<br>Facsimile: (212) 351-6335 |
| Attorneys for Plaintiff<br>Gregory Blatt | GRETA B. WILLIAMS (SBN 267695)<br>GBWilliams@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: (202) 887-3745<br>Facsimile: (202) 530-4230 |
| | Attorneys for Defendants Rosette Pambakian and Sean Rad |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY BLATT,<br><br>  Plaintiff,<br><br>  v.<br><br>ROSETTE PAMBAKIAN and SEAN RAD; and DOES 1 – 10, inclusive<br><br>  Defendants. | Case No. 2:19-cv-07046-MWF-FFMx<br><br>**JOINT STATUS REPORT** |

6780796v1/016409

1  In accordance with the Court's Order on January 9, 2020, Plaintiff Greg Blatt and Defendants Rosette Pambakian and Sean Rad submit this Joint Status Report.

On January 9, 2020, the Court ruled on Plaintiff's Motion to Compel Arbitration and Stay Litigation (the "Arbitration Motion") and Defendants' Special Motion to Strike Plaintiff's First Amended Complaint (the "Anti-SLAPP Motion"). The Court granted the Arbitration Motion, denied the Anti-SLAPP Motion as moot as to Defendant Rosette Pambakian, and granted-in-part and denied-in-part the Anti-SLAPP Motion as to Defendant Sean Rad.

Subsequently, Defendants filed a notice of appeal and Plaintiff filed a notice of cross-appeal from the Court's January 9, 2020 Order. All briefing on the relevant appeals was concluded by February 1, 2021. The appellate court informed the parties that it is considering scheduling oral argument during the late summer or fall of 2021.

The parties have agreed to stay arbitration pending the parties' appeals to the Ninth Circuit.

Dated: May 5, 2021

DAVIDA BROOK
VINEET BHATIA
ELIZA FINLEY
SUSMAN GODFREY L.L.P.

By: /s/ *Davida Brook*
      Davida Brook

ATTORNEYS FOR PLAINTIFF
GREGORY BLATT

DEBORAH L. STEIN
MICHAEL H. DORE
ORIN SNYDER (pro hac vice)
GRETA B. WILLIAMS
GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Michael H. Dore*
      Michael H. Dore

Dated: May 5, 2021

ATTORNEYS FOR DEFENDANTS
ROSETTE PAMBAKIAN AND SEAN RAD

1

**ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Michael H. Dore, on whose behalf this filing is jointly submitted, has concurred in this filing content and has authorized me to file this document.

By: /s/ *Davida Brook*
    Davida Brook