DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
ELIZA FINLEY (301318)
efinley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

VINEET BHATIA *(Pro Hac Vice)*
vbhatia@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff
GREGORY BLATT

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BLATT,<br><br>           Plaintiff,<br><br>v.<br><br>ROSETTE PAMBAKIAN and SEAN RAD; and DOES 1 – 10, inclusive<br><br>           Defendants. | Case No. 2:19-cv-07046-MWF-FFMx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

10684097v1/016409

**IT IS HEREBY GRANTED THAT:**

1. Plaintiff's entire action against defendants Rosette Pambakian and Sean Rad, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

The stipulation is approved. Plaintiff's entire action against defendants Rosette Pambakian and Sean Rad, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice.

Dated: June 24, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

10684097v1/016409